# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA IIADAT,<br><br>    Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:14-cv-9443 JAK (RZx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**JS-6** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:14-cv-9443 JAK (RZx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: June 25, 2015

_____
Hon. John A. Kronstadt
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

Error! Unknown document property name..Error! Unknown document property name.

1

Case No. 2:14-cv-9443 JAK (RZx)
ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE ACTION